THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
MILTON W. DOXTATER, Appellant.

Reported below, 75 Hun, 472.
(Argued November 26, 1895; decided December 10, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made February 6, 1894, which affirmed a judgment in favor
of plaintiff entered upon a verdict directed by the court, and
also affirmed an order denying defendant's motion for a new
trial.

*John Lansing* for appellant.

*Virgil K. Kellogg* for respondent.

Judgment and order affirmed, with costs, on opinion in General Term.
All concur; O'BRIEN, J., not sitting.

---

LOUISE CARLSON, Respondent, *v.* MARIA L. WINTERSON,
Appellant.

(Submitted October 21, 1895; decided December 10, 1895.)

MOTION to amend remittitur.

*E. F. Bullard* for motion.

Granted and remittitur amended by striking out that portion which modified the order of the General Term of the City
Court, by requiring the payment into court of the sum of $711
to abide the final determination of the action.

See *ante,* page 652.
See 146 N. Y. 345.